UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRANDON MCDUFFIE,

        Plaintiff,

      v.                               Case No. 25-cv-468-bbc

YANA PUSICH, et al.,

        Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT
WITHOUT PREJUDICE**

---

       Plaintiff Brandon McDuffie, who is representing himself, filed a complaint under 42 U.S.C. §1983, alleging that his civil rights were violated. Dkt. No. 1. On July 3, 2025, the Court screened the complaint and allowed McDuffie to proceed on a First Amendment retaliation claim against Security Director Yana Pusich and an Eighth Amendment failure to intervene claim against ICE Tonia Moon, Lt. Justin Thomsen, and Lt. Brandon Fisher. Dkt. No. 10. Through the screening order, the Court ordered electronic service of the complaint on Defendants pursuant to the informal service agreement between the Wisconsin Department of Justice (DOJ) and this Court. *Id.* at 8. The Court also ordered Defendants to file a responsive pleading to the complaint within sixty days of receiving electronic notice of the screening order. *Id.* Due to clerical error, the DOJ's email address was never added to the docket and Defendants were never served with the complaint. As a result, Defendants did not timely answer.

       On September 22, 2025, McDuffie filed a motion for default judgment based on Defendants' failure to answer. Dkt. No. 11. Because Defendants were never served with the complaint, the Court will deny the motion for default judgment without prejudice. Instead, the

Court will direct the Clerk's office to add the DOJ email address to the docket and regenerate the screening order. Defendants shall then file a responsive pleading to the complaint within **sixty days** of receiving electronic notice of the screening order.

**IT IS THEREFORE ORDERED** that McDuffie's motion for default judgment (Dkt. No. 11) is **DENIED without prejudice**. The Clerk's office is directed to add the DOJ email address to the docket and regenerate the screening order.

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this Court, Security Director Pusich, ICE Moon, Lt. Thomsen, and Lt. Fisher shall file a responsive pleading to the complaint within **sixty days** of receiving electronic notice of the screening order.

Dated at Green Bay, Wisconsin on September 23, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge